Rose Ronsley, appellant, v. Fred Ronsley, appellee. Gen. No. 33,450.

Opinion filed October 11, 1929.

Austin L. Wyman, for appellant. George H. Kriete, for appellee. Mr. Justice Gridley delivered the opinion of the court.

In re Estate of Harry Theologes, deceased. Joseph Cowen, appellant, v. Stella Theologes and Frank Moland, administrators of said estate, appellees. Gen. No. 33,469.

Opinion filed October 11, 1929.

Isador Becker, for appellant. Frank Moland, for appellees. Mr. Justice Gridley delivered the opinion of the court.

G. W. Brainard, trustee in bankruptcy of Globe Auto Supply Corporation, appellant, v. Morris Froehlich and Louis Mansbach, appellees. Gen. No. 33,471.

Opinion filed October 11, 1929. Rehearing denied October 22, 1929.

Haffenberg, Kopald & Burns, for appellant. Ernest C. Reniff, for appellees. Mr. Justice Gridley delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Peter Vlahos, plaintiff in error. Gen. No. 33,497.

Opinion filed October 11, 1929.

Robert M. Woodward, for plaintiff in error; Clyde C. Fisher, of counsel. John A. Swanson, for defendant in error; Edw. E. Wilson and John Holman, Assistants State's Attorneys, of counsel. Mr. Justice Gridley delivered the opinion of the court.

Lulu Jackson, appellee, v. National Life & Accident Insurance Company of Tennessee, appellant. Gen. No. 33,545.

Opinion filed October 11, 1929.

Murphy O. Tate, for appellant. Fred S. Herzon, for appellee; Louis T. Herzon, of counsel. Mr. Justice Gridley delivered the opinion of the court.